Commonwealth *v.* Williams, Appellant.

Submitted March 27, 1967. *Melvin Dildine* and *George Johnson,* Assistant Defenders, *Martin Vinikoor,* First Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Leslie J. Carson, Jr.* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Wintz, Appellant.

Argued March 23, 1967. *William B. Eagan,* with him *Eagan and Bowen,* for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Henry T. Crocker,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WRIGHT and WATKINS, JJ., absent.